UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61993-CIV-DIMITROULEAS

SCOTT BARR, DDS, on behalf of itself
and others similarly situated,

    Plaintiff,

vs.

GARRISON DENTAL SOLUTIONS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal (the "Notice") [DE 4], filed herein on September 9, 2013.  The Court has carefully considered the Notice [DE 4] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Notice [DE 4] is **APPROVED**;

2.     This action is **DISMISSED WITHOUT PREJUDICE**; and

3.     The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 16th day of September, 2013.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record